**In re Murl TACKETT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49337.**

Missouri Court of Appeals,
Western District.

March 14, 1995.

Mark C. Evans, Asst. Public Defender, Fulton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Hugh L. Marshall, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

***ORDER***

PER CURIAM:

Murl Tackett appeals from the denial of his application for conditional release from a mental health facility. He contends that the hearing court erred in not granting him a conditional release because: (1) the Public Safety Interest did not prove, by a preponderance of the evidence, that Tackett was likely to be a danger to others; (2) the court used an improper standard in its determination; and (3) the court did not make a specific finding that Tackett suffered from a mental disease or defect.

Affirmed. Rule 84.16(b).